No. 12–421.   WOOD v. WHEALEN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WOOD, DECEASED.

Ct. App. Wash. Certiorari denied.